UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SNB CAPITAL, LLC** | * | **CIVIL ACTION NO.: 2:23-cv-6919** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **ORCHID UNDERWRITERS AGENCY, LLC** | * | **JUDGE:** |
| | * | |
| | * | **MAGISTRATE:** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

**CANOPIUS US INSURANCE INC.**, through undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446 hereby gives notice of the removal of this action from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana to the United States District Court for the Eastern District of Louisiana. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs and is properly before citizens of different states. The grounds for removal are as follows:

## BACKGROUND

1. On or about August 28, 2023, Plaintiff, SNB Capital, LLC, filed a *Petition* in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, captioned "SNB Capital, LLC v. Orchid Underwriters Agency, LLC" and assigned Case No. 846-173. A copy of Plaintiff's *Petition* is attached as Exhibit "D-1."

2. The Petition erroneously named Orchid Underwriters Agency, LLC as the Defendant instead of Canopius US Insurance, Inc.

3. On or about September 27, 2023, the Plaintiff filed a *First Supplemental and Amending Petition* (the "Amended Petition") which properly named Canopius US Insurance, Inc. ("Canopius") as the Defendant. A copy of the Amended Petition along with the service and citation information are attached hereto as Exhibit "D-2."

4. Canopius was served with the Amended Petition on October 24, 2023.

5. The 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, is a state court within the Eastern District of Louisiana. 28 U.S.C. § 1441(a).

## REMOVAL IS TIMELY

6. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b). The removal statute provides:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is
> shorter.

28 U.S.C. § 1446(b).

7. The instant Notice of Removal has been filed within thirty (30) days of service of the Amended Petition, and the removal of this action is timely in accordance with 28 U.S.C. § 1446 (B). See Fed. R. Civ. P. 6(a)(1)(A)-(C).

## DIVERSITY JURISDICTION

8. This Court has original diversity jurisdiction over Plaintiff's claims because the parties are completely diverse and because the alleged damages more likely than not exceed the jurisdictional threshold of $75,000.00, exclusive of interest and costs.

*The Parties Are Completely Diverse*

9. Plaintiff is a Louisiana limited liability company domiciled in the Parish of Orleans, State of Louisiana. See Exhibit "D-1". Accordingly, Plaintiff is a citizen of Louisiana.

10. Canopius is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 200 South Wacker Drive, Suite 950, Chicago, Illinois. See Canopius' Louisiana Department of Insurance Profile, attached as Exhibit "D-3". Accordingly, Canopius is a citizen of Delaware and Illinois for purposes of diversity jurisdiction.

11. Complete diversity of citizenship exists between Plaintiff and Canopius.

*The Amount in Controversy Exceeds $75,000.00*

12. Canopius, as the removing party, "must prove by a preponderance of the evidence that the amount in controversy exceeds [$75,000]." *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). The removing party can meet this burden by demonstrating that it is facially apparent from the Petition that the claims likely are above $75,000, or, where it is not facially apparent, by setting forth facts in controversy that support such finding. *Id*. at 1253-54. Because the Petition is silent as to the exact amount in controversy, Canopius must set forth summary-judgment-type evidence of facts in controversy to a finding of the requisite amount. *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F. 3d 720, 723 (5th Cir. 2002).

13. In a claim for recovery under an insurance policy, the amount in controversy is determined by the lesser value of the claim or the value of the policy limit. *Roy v. Progressive*, 2020 WL 2092901 (E.D. La. May 1, 2020) (citing *Hartford Ins. Grp. v. Lou–Con Inc.*, 293 F.3d 908, 911 (5th Cir. 2002)).

14. In its Petition, the Plaintiff alleged that the property at issue was seriously damaged by Hurricane Ida and that it is entitled to compensation from Canopius, reimbursement of costs of damage mitigation, and other costs and expenses as allowed by law. See Exhibit "D-1" at ¶6,11.

15. The property at issue is commercial property that is insured for $1,000,000.00. See Declaration Page for Policy No. OUA30001813-02 attached hereto as Exhibit "D-4".

16. Accordingly, while Canopius admits no liability nor any element of damages, the Plaintiff's allegation that Hurricane Ida seriously damaged the property together with the $1,000,000.00 policy limit for the property show that the amount in controversy will more likely than not exceed the $75,000.00 jurisdictional threshold of 28 U.S.C. § 1332.

## REMOVAL

17. As shown above, this civil action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because it is a civil action between citizens where the Plaintiff is a citizen of Louisiana and is therefore diverse from Canopius, and the amount in controversy will, more likely than not, exceed the sum of $75,000, exclusive of interests and costs. Therefore, this action may be removed pursuant to 28 U.S.C. § 1441.

18. Pursuant to 28 U.S.C. § 1446(d), prompt written notice of this *Notice of Removal* is being given to Plaintiff, through service to counsel of record. A copy of the same is attached hereto as Exhibit "D-5". Written Notice has also been given to the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson. A copy of that notice is attached hereto as Exhibit "D-6."

19. Canopius has filed with this Honorable Court a copy of the Petition and Amended Petition filed by the Plaintiff in this action. Canopius does not possess any other pleadings, process or other papers, other than those attached.

20. Consistent with the provisions of 28 U.S.C. § 1446(d), no further proceedings shall occur in this matter in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

21. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that, to the best of their knowledge, information and belief formed after reasonable inquiry, the foregoing Notice of Removal is well-grounded in fact and is warranted by existing law, and that it is not interposed for any improper purpose.

22. By filing this Notice of Removal, Canopius does not waive, and hereby reserves all defenses and objections to the Plaintiff's Petition and Amended Petition.

23. No special bail or security was or is required in the aforesaid state action.

**WHEREFORE PREMISES CONSIDERED**, Defendant, **CANOPIUS US INSURANCE INC.**, prays that the above-entitled state court action, now pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, be removed to the United States District Court for the Eastern District of Louisiana, and that this Court accept jurisdiction of this action.

    Respectfully Submitted

    **THE WALTZ LAW GROUP, L.L.C.**

    */S/ Parish J. Tillman*
Jeffery J. Waltz (La. Bar No. 28798), **TA**
Parish J. Tillman (La. Bar No. 37335)
1100 Poydras Street, Suite 2620
New Orleans, Louisiana 70163
Telephone:  (504) 264-5260
Facsimile:  (504) 264-5487
Email:  jeff@waltzlawgroup.com
    parish@waltzlawgroup.com
*Attorneys for Defendant,*
*Canopius US Insurance, Inc.*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Notice of Removal has been served upon all counsel of record through the ECF system and all other parties by facsimile or by placing same in the United States mail, postage prepaid and properly addressed, this 17th day of November 2023.

                                                   */S/ Parish J. Tillman*